# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

139575

SHAWN LEFTWICH,
      Plaintiff,

v

SC: 139575
AGC: 1085/09

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

      On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

Clerk

s1214